UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER SANTA CRUZ,
A-074-794-089,

               Petitioner,

     v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

               Respondent.

No.  1:26-cv-02389-TLN-DMC-HC


ORDER

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The undersigned previously dismissed the original petition and directed Petitioner to file an amended petition. See ECF No. 6. Petitioner filed an amended petition, ECF No. 7, and the undersigned issued findings and recommendations upon finding Petitioner did not remedy the defects previously identified, ECF No. 8. Petitioner filed a motion to appoint counsel, which motion was dated prior to the undersigned's findings and recommendations but not docketed until after the findings and recommendations were issued. See ECF No. 9. In light of Petitioner's request, the undersigned will vacate the prior findings and recommendations, grant Petitioner's motion to appoint counsel as the court has determined that the interests of justice require the appointment of counsel for Petitioner, and direct Petitioner to file an amended Petition. Based on

1

the length of time in which Petitioner has been in immigration detention, the court hereby authorizes Petitioner to proceed in forma pauperis without prepayment of the filing fee in this action.  See 28 U.S.C. § 1914.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued May 4, 2026, ECF No. 8, are VACATED;

2. Petitioner is authorized to proceed in forma pauperis without prepayment of the filing fee in this action.

3. Petitioner's motion to appoint counsel, ECF No. 9, is GRANTED and The Federal Defender is appointed to represent Petitioner.

4. The Clerk of the Court shall serve a copy of this order, along with a copy of the § 2241 petition, on the Federal Defender, Attention: Habeas Appointment.

5. Within seven (7) days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the undersigned's courtroom deputy Jodi Palmer at jpalmer@caed.uscourts.gov, and counsel will be added as counsel for Petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

6. Petitioner is directed to file an amended petition within 21 days of the date of this order.

7. Respondent is directed to file a response or motion to dismiss within 14 days of Petitioner filing an amended petition. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

8. Petitioner's reply or opposition, if any, is due on or before 7 days from the date Respondent's response is filed.

9. In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, Respondent shall not transfer Petitioner outside of this judicial district, pending

2

further order of the court.  See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions . . . ."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

Dated:  May 29, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE