UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER SANTA CRUZ,
A-074-794-089,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

Respondent.

No.  1:26-cv-02389-TLN-DMC-HC

ORDER

Petitioner, an immigration detainee who is proceeding with appointed counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Petitioner's motion for 14-day extension of time. See ECF No. 14.

Petitioner's newly appointed counsel requests a 14-day extension of time "to ensure the Petitioner's physical safety, obtain the necessary medical and mental health assessments, and allow the government sufficient time to respond to counsel's inquiries." ECF No. 14, pg. 3. According to Petitioner, Respondent "does not oppose an extension of time, given the circumstances." Id. Good cause appearing, the undersigned will grant the motion for extension of time.

/ / /

/ / /

1

Accordingly, it is HEREBY ORDERED that:

1.     Petitioner's unopposed motion for extension of time, ECF No. 14, is GRANTED;

2.     Petitioner is DIRECTED to file an amended petition on or before July 6, 2026;

3.     Respondent is DIRECTED to file a response or motion to dismiss within 14 days of Petitioner filing an amended petition.

4.     Petitioner's reply or opposition, if any, is due on or before 7 days from the date Respondent's response is filed.

Dated:  June 23, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2