UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SANTACRUZ ALVAREZ, A-074-794-089,<br><br>Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | No. 1:26-cv-02389-TLN-DMC-HC<br><br>ORDER |

Petitioner, an immigration detainee who is proceeding with appointed counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Respondents' preliminary response to first amended petition and request to suspend briefing. See ECF No. 20.

Respondents contend that due to the Ninth Circuit's recent decision, Rodriguez Vazquez v. Bostock, 2026 WL 2196424 (9th Cir. July 30, 2026), "DHS is providing Petitioner with the requested individualized bond hearing before an immigration judge." ECF No. 20, pg. 2. Respondents therefore request:

> (1) suspend briefing on the merits of Petition until after the bond hearing is held; and
> (2) order counsel to meet and confer about the result of the hearing, i.e., to determine whether the Petition is moot (if, say, Petitioner is ordered released) or whether the Petition should be amended to challenge that result (if, say, Petitioner

is ordered detained as a danger or risk of flight) or otherwise; and
(3) order the parties to submit no later than August 31, 2026 a joint proposal (or separate proposals) for further proceedings in this matter.

Id.

In light of the bond hearing, the undersigned will vacate the previous briefing schedule and will direct parties to meet and confer and file a proposal for further briefing on or before August 31, 2026. If parties cannot agree upon the proposal, parties may file individual proposals.

Accordingly, it is HEREBY ORDERED that:

1. The briefing schedule set in ECF No. 17 is VACATED;
2. Parties are directed to meet and confer and file a joint or individual proposals for further briefing on or before August 31, 2026.

Dated: August 24, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE