UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SANTACRUZ ALVAREZ, A-074-794-089,<br><br>Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | No. 1:26-cv-02389-TLN-DMC-HC<br><br>ORDER |

Petitioner, an immigration detainee who is proceeding with appointed counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Parties filed a joint status report informing the Court that Petitioner is scheduled for a master hearing on September 22, 2026, and requesting that parties report to the Court after that hearing. See ECF No. 23. Good cause appearing, parties are ordered to file a status report and, if appropriate, propose a further briefing schedule on or before September 28, 2026.

IT IS SO ORDERED.

Dated: September 2, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE