**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JAVIER SANTACRUZ ALVAREZ, A-074-794-089

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

No. 1:26-cv-2389-TLN-ICD-HC

ORDER

Petitioner, an immigration detainee proceeding with appointed counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties have filed a joint status report and proposed briefing schedule, ECF No. 26, which the Court adopts.

Accordingly, it is ORDERED that:

1. Petitioner shall file an amended petition on or before October 9, 2026,

2. Respondent is directed to file a response to the amended petition on or before October 23, 2026. If an answer/return is filed, Respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.

3. Petitioner's reply/traverse, or opposition if Respondent files a motion to dismiss, if any, is due on or before October 30, 2026.

4. If a motion to dismiss is filed in response to the amended petition, and if Petitioner files an opposition to such motion, Respondent may file a reply on or before November 6, 2026.

Dated: September 29, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE